# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-01851-CMA-MEH

JOSE MAGALLANES on his own behalf and
on behalf of all others similarly situated,

    Plaintiff,

v.

COLORADO LANDSCAPE DENVER,
A&M LAWN SERVICES, LLC and
AARON MUNOZ,

    Defendants.

_____

## STIPULATION OF DISMISSAL
_____

    COME NOW the Parties, pursuant to the Court's Order of January 20, 2022 (ECF No. 18) and per Fed. R. Civ. P. 41(a)(1)(A)(ii), to hereby dismiss the above-captioned action.

Respectfully submitted this 25th day of February, 2022.

| | |
|---|---|
| *s/ Brandt Milstein* | *s/ Shane C. Meyer* |
| Brandt Milstein | Shane C. Meyer |
| MILSTEIN TURNER, PLLC | FERSZT & ASSOCIATES |
| 1942 Broadway, Suite 509 | 1010 S. Joliet St., Ste. 211 |
| Boulder, CO 80302 | Aurora, CO 80012 |
| 303.440.8780 | 303.696.9155 |
| brandt@milsteinturner.com | Shane@eduardolegal.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |